IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE UNDERWOOD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G. ELLIN,<br><br>　　　　Defendant. | No.  2:21-CV-1566-JDP-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  A settlement conference is scheduled for January 26, 2023, at 9:30 a.m., before the undersigned via Zoom.  The parties are directed to each submit a confidential settlement conference statement <u>directly to Judge Cota's chambers</u> at 2986 Bechelli Lane, Redding, California 96002, by January 19, 2023.  These statements <u>shall not be filed</u>.  Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms.  <u>See</u> Local Rule 270(f)(1).

　　　　IT IS SO ORDERED.

Dated:  December 9, 2022

　　　　　　　　　　　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1